**FILED**

MAY 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, Jon Vance McDade

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00398 AWI |
| Plaintiff, | |
| vs. | STIPULATION TO AMEND MODIFIED ORDER SETTING CONDITIONS OF RELEASE, ORDER THEREON |
| JON VANCE MCDADE | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Michele L. Theilhorn, Counsel for Plaintiff,

Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant James Lee Lankford,

and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the Modified

Order Setting Conditions of Release for Defendant Jon Jon Vance McDade filed March 31,

2011, be amended as to additional condition of release number(7) (h) only to read as

follows: "all proceeds received by the defendant Jon McDade, resulting from the

completed real estate transaction shall be deposited with the Clerk of the U.S. District

Court in an interest bearing account and shall not be disbursed until further order of the

court."

1    Good cause exists for this amendment because the funds are presently deposited in

2    the attorney trust account of Fletcher & Fogderude, which does not accrue interest,

3    however if the funds are deposited with the Clerk of the U.S. District, the funds will accrue

4    interest.

5    The parties agree to the proposed amendment of the Modified Order Setting

6    Conditions of Release.

7

8
     Dated: May 10, 2011                          Respectfully submitted,
9                                                       FLETCHER & FOGDERUDE, INC.

10
                                                        /s/ Eric K. Fogderude
11                                                      ERIC K. FOGDERUDE
                                                        Attorney for Defendant,
12                                                      JON VANCE McDADE

13

14   Dated: May 10, 2011                          BENJAMIN B. WAGNER
                                                       United States Attorney
15
                                                  /s/ Michelle Thielhorn
16
                                                  MICHELLE L. THIELHORN
17                                                Assist. United States Attorney
                                                  Counsel for Plaintiff
18

19
     Dated: May 10, 2011                          DANIEL J. BRODERICK
20                                                     Federal Defender

21                                                /s/ Victor Chavez

22                                                VICTOR M. CHAVEZ
                                                  Assist. Federal Defender
23                                                Attorney for Defendant
                                                  JAMES LEE LANKFORD
24

25

26

27

28

1

2

3                                          ORDER

4
          IT IS SO ORDERED.
5

6    Dated: _May 10, 2011_              _____
7                                       SANDRA M. SNYDER
                                        U.S. Magistrate Judge
8                                       United States District Court
                                        Eastern District of California
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**U.S. vs. McDade**                                    **Stipulation to Amend Modified Order**
**Case No. 10-00398 AWI**              3