BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:10-CR-00398 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER REGARDING |
| v. | ) | FINANICAL DISCLOSURES |
| | ) | |
| JON JON VANCE LANKFORD, | ) | |
| aka Jon Jon Vance McDade, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On September 16, 2013, the Defendant herein, JON JON VANCE
LANKFORD, entered a guilty plea to Count Fifty (50) of the
Indictment, which charges him with Bank Fraud, in violation of 18
U.S.C. § 1344.

As part of his Plea Agreement with the United States, the
Defendant agreed to make full and complete disclosure of his assets
and financial condition, and to complete the United States Attorney's
Office's "Authorization to Release Information" and "Financial
Statement Pre-Sentencing Disclosure" (Financial Affidavit) within
five (5) weeks from the entry of Defendant's change of plea (see Doc.

1   #113, ¶3(l)).  The Defendant also agreed to have the Court enter an

2   order to that effect (id.).

3       Accordingly, the United States hereby applies for entry of an

4   order as follows:

5       1. The Defendant herein, JON JON VANCE LANKFORD, is hereby

6   ordered to complete and sign both the "Financial Statement Pre-

7   Sentencing Disclosure" and the "Authorization to Release

8   Information," and provide those forms to the United States Attorney's

9   Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno,

10  California 93721, no later than October 21, 2013.

11

12  Dated:  October 2, 2013                    BENJAMIN B. WAGNER
                                               United States Attorney
13

14                                              /s/ Christopher D. Baker
                                               CHRISTOPHER D. BAKER
15                                             Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND [PROPSED] ORDER REGARDING FINANCIAL DISCLOSURES

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:10-CR-00398 AWI |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING FINANCIAL |
| | ) | DISCLOSURES |
| v. | ) | |
| | ) | |
| JON JON VANCE LANKFORD, | ) | |
| aka Jon Jon Vance McDade, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Defendant herein, JON JON VANCE LANKFORD, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than October 21, 2013.

IT IS SO ORDERED.

Dated:   October 2, 2013     _____
                               SENIOR  DISTRICT  JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING FINANCIAL DISCLOSURES