BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JON JON VANCE LANKFORD, <br>   aka Jon Vance McDade <br>   aka Jon Jon Vance McDade <br><br> Defendant. | CASE NO. 1:10-CR-00398-AWI-BAM <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement (Doc. 113) and the Stipulation and Application for Preliminary Order of Forfeiture (filed herewith) entered into between plaintiff United States of America and defendant Jon Jon Vance Lankford aka Jon Vance McDade aka Jon Jon Vance McDade, it is hereby ORDERED as follows:

    1. Under 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(D), 982(a)(2); 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), defendant Jon Jon Vance Lankford's aka Jon Vance McDade's aka Jon Jon Vance McDade's interest in the following property shall be forfeited to the United States of America, to be disposed of according to law:

        a. Real property located at 527 Melrose Street, Modesto, California Stanislaus County, APN: 111-002-041, including any right, title, and Interest in the whole of any lot or tract of land any appurtenances or improvements thereon; and

Preliminary Order of Forfeiture         1

1
2
3         b. Real property located at 762 Bayview Avenue, Pacific Grove, California, Monterey County APN: 006-141-015, including any right, title, and interest in the whole of any lot or tract of land any appurtenances or improvements thereon.

4     2. The above-listed items represent property, real or personal, which constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of the criminal conduct, scheme, or conspiracy, or any property traceable to such property; or that is used or is intended to be used to facilitate or used commit the criminal conduct, or scheme, or conspiracy; or is involved in or intended to be involved in the criminal conduct, or scheme, or conspiracy; or any property traceable to such property; or is *sub res* in lieu of such property which cannot otherwise be located upon the exercise of due diligence, has been transferred or sold, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty.

    3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The property shall be seized and held by the Federal Bureau of Investigation.

    4.   a. Under 18 U.S.C. § 982(b)(1) incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on

Preliminary Order of Forfeiture     2

the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(D), 982(a)(2); 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   October 10, 2013

                            SENIOR DISTRICT JUDGE