Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  JON VANCE MCDADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAMES LEE LANKFORD and JON VANCE MCDADE aka Jon Vance Lankford,<br><br>                    Defendant. | No.  1:10-CR-00398 AWI<br><br>**STIPULATION AND ORDER REGARDING FINANCIAL ACCOUNTING** |

WHEREAS, on January 27, 2014, defendants JAMES LEE LANKFORD and JON VANCE MCDADE were sentenced and among other things ordered to pay restitution in the amount of $ 948,826 and $ 1,443.826 (jointly and severally with co-defendant LANKFORD), respectively and defendant JON VANCE MCDADE was ordered to file with the Court on or before February 26, 2014 an accounting of any real property ownership interest and accrual and/or distribution of any income or other funds for the time period of October 2010 to present.

WHEREAS, defendant MCDADE, through his attorney of record, has provided a informal progress report to the government of such interests, but additional time is needed to secure and/or identify such interests;

1

ACCORDINGLY, the parties agree and stipulate that good cause exists for the granting of an extension of time to allow defendant MCDADE to file with the Court the above referenced financial accounting until on or before March 17, 2014.

DATED:  February 27, 2014				FLETCHER & FOGDERUDE, INC.

 /s/ Eric K. Fogderude                         .
ERIC K. FOGDERUDE
Attorney for Defendant, JON VANCE MCDADE


DATED: February 27, 2014				Benjamin B. Wagner

United States Attorney

/s/ Christopher D. Baker                              .
CHRISTOPHER D. BAKER
Assistant US Attorney

Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  JON VANCE MCDADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES LEE LANKFORD and JON VANCE MCDADE aka Jon Vance Lankford,<br><br>             Defendant. | No.  1:10-CR-00398 AWI<br><br>**ORDER REGARDING FINANCIAL ACCOUNTING** |

The Defendant herein, JON JON VANCE LANKFORD, is hereby ordered to complete an accounting of any real property ownership interest and accrual and/or distribution of any income or other funds for the time period of October 2010 to present, to be filed with the Court no later than March 17, 2014.

IT IS SO ORDERED.

Dated:   February 27, 2014                    _____
                                                            SENIOR  DISTRICT  JUDGE