```
Prob12B
```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF CALIFORNIA

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | JON JON VANCE MCDADE |
| **Docket Number:** | 1:10CR00398-02 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 01/27/2014 |
| **Original Offense:** | 18 USC 1344, Bank Fraud (CLASS B FELONY) |
| **Original Sentence:** | 1 day, credit for time served; 60 months supervised release; $100 special assessment; and $1,443,826 restitution |
| **Special Conditions:** | 1) Search, 2) 12 months location monitoring; 3) Not dissipate assess; 4) Financial access; 5) Financial restrictions; 6) Aftercare co-payment; and 7) Notify attorneys if transfer of jurisdiction is requested |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 01/27/2014 |
| **Assistant U.S. Attorney:** | Christopher D. Baker  **Telephone:** (559) 497- 4000 |
| **Defense Attorney:** | Eric K. Fogderude  **Telephone:** (559) 431-9710 |
| **Other Court Action:** | None |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1. The defendant shall participate in a program of mental health aftercare at the direction of the probation officer. The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.

**Justification:** The offender is currently being supervised by the Oklahoma Western Probation Office. According to his probation officer in Oklahoma, the offender is currently suffering from depression and anxiety. He is currently engaged in treatment for these mental health issues and the probation office is requesting the above modification to monitor his progress, and to ensure continuity of treatment should the need arise for a referral to a different treatment provider. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

*/s/ Tim D. Mechem*
**TIM D. MECHEM**
**Supervising United States Probation Officer**
Telephone: (559) 499-5731

**DATED:** March 13, 2014
Fresno, California

**REVIEWED BY:**   */s/ Hubert J. Alvarez*
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:   March 17, 2014                                     _____
                                                                  SENIOR  DISTRICT  JUDGE