BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-CR-00398 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER REGARDING |
| v. ) | DEPOSIT OF MONIES |
| ) | |
| JON VANCE MCDADE, aka Jon Vance ) Lankford, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that defendant shall deposit with the Clerk of the U.S. District Court in the existing commercial registry account for this case $13,670.31, and that no amount shall be disbursed until further order of Court.

Dated: March 17, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Christopher D. Baker
                                         CHRISTOPHER D. BAKER
                                         MICHAEL G. TIERNEY
                                         Assistant U.S. Attorneys


                                          /s/ Eric K. Fogderude
                                         ERIC K. FOGDERUDE
                                         Attorney for defendant
                                         Jon Vance McDade

-1-
STIPULATION AND ORDER TO DEPOSIT MONEIS

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:10-CR-00398 AWI |
| Plaintiff, | ) |
| v. | ) ORDER TO DEPOSIT MONIES |
| JON VANCE MCDADE, aka Jon Vance Lankford, | ) |
| Defendant. | ) |

Defendant shall deposit with the Clerk of the U.S. District Court in the existing commercial registry account for this case $13,670.31, and no amount shall be disbursed until further order of Court.

IT IS SO ORDERED.

Dated: April 1, 2014                    _____
                                        SENIOR DISTRICT JUDGE

ORDER TO DEPOSIT MONIES